IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MICHELLE RALSTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION |
| vs. | § | |
| | § | FILE NO.: _____ |
| LOUIS ALBERTO ZAVA, | § | |
| | § | **JURY TRIAL DEMANDED** |
| Defendant. | § | |
| | § | |

## DEFENDANT'S NOTICE OF REMOVAL

**COMES NOW** LOUIS ALBERTO ZAVA, Defendant in the above-captioned matter, and herein files his Notice of Removal pursuant to Fed. R. Civ. P. 8(c) and 28 U.S.C. §§ 1441 and 1446(a) and (b).

1.

Defendant has been sued in a civil action brought in the State Court of DeKalb County, which is located within the Atlanta Division of the United States District Court for the Northern District of Georgia.

2.

Plaintiff is a resident and citizen of the State of Georgia.

3.

Defendant LOUIS ALBERTO ZAVA is a resident and citizen of the State of

- 1 -

{Firm/

Tennessee.

4.

The Complaint was filed on January 6, 2017, in the State Court of DeKalb County, Civil Action File No. 17A62778. The Complaint and Summons were served on the named Defendant on or about January 18, 2017. To Defendant's knowledge, there are no other named Defendants in this lawsuit.

5.

The Complaint asserts claims by a resident Plaintiff against a non-resident Defendant. Plaintiff's most recent demand letter, dated November 28, 2016, sought $90,000.00 for alleged injuries, losses and damages suffered by Plaintiff.

6.

This Notice of Removal is filed within thirty (30) days from the date of service on Defendant. The removal of this action is made on diversity grounds.

7.

Defendant attaches as Exhibit "A" to this original pleading, the pleadings filed in the State Court of DeKalb County action currently in defendant's possession. Copies of the remaining pleadings will be filed by supplement.

8.

The aforementioned civil action is a civil action over which this Court has

original jurisdiction and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1332(a) as well as 28 U.S.C. § 1441(a), because this Court has original jurisdiction in any action involving diversity grounds under the laws of the United States.

9.

The undersigned counsel represents Defendant, who consents to this removal.

10.

In accordance with 28 U.S. Code § 1446(d), Defendant shall give written notice, "promptly after the filing of such notice of removal of a civil action," to all adverse parties and shall file a copy of the notice with the clerk of such State court.

11.

The undersigned has read this Notice of Removal, and to the best of the undersigned's knowledge, information and belief, formed after reasonable inquiry, it is well-grounded in fact and is warranted by existing law, and it is not interposed for any improper purpose, such as to harass or cause unnecessary delay or needless increase in the cost of litigation.

WHEREFORE, Defendant prays that the case be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

[Signature contained on following page]

- 3 -

{Firm/

Respectfully submitted, this 16th day of February, 2017.

                                         **LAW OFFICES OF EVAN R. MERMELSTEIN, LLC**

                                         *s/ Evan R. Mermelstein*

| | |
|---|---|
| 5665 Atlanta Highway, Suite 103-302 | Evan R. Mermelstein |
| Alpharetta, GA  30004 | Georgia Bar No. 502567 |
| Telephone:  (678) 697-9578 | Attorney for Defendant |
| Evan@mermelsteinlaw.com | |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MICHELLE RALSTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION |
| vs. | § | |
| | § | FILE NO.: _____ |
| LOUIS ALBERTO ZAVA, | § | |
| | § | **JURY TRIAL DEMANDED** |
| Defendant. | § | |
| | § | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this day, I electronically filed **DEFENDANT'S NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Mathew R. Hagen
Hagen, Rosskopf, & Earle, LLC
119 North McDonough Street
Decatur, Georgia 30030-3300

Roosevelt Hamb, Jr.
1900 Polaris Parkway, Suite 200B
Columbus, OH 43240

I FURTHER CERTIFY that the undersigned has mailed copies of the entire pleading referenced above to all counsel of record at the above addresses.

{Firm/

## CERTIFICATE OF COMPLIANCE

Undersigned counsel certify the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1 (C).

Respectfully submitted, this 16th day of February, 2017.

                                                  **LAW OFFICES OF EVAN R. MERMELSTEIN, LLC**

                                                    *s/ Evan R. Mermelstein*

5665 Atlanta Highway, Suite 103-302    Evan R. Mermelstein
Alpharetta, GA  30004                           Georgia Bar No. 502567
Telephone:  (678) 697-9578               Attorney for Defendant
Evan@mermelsteinlaw.com

## CERTIFICATE OF COMPLIANCE

Undersigned counsel certify the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1 (C).

Respectfully submitted, this 16th day of February, 2017.

|  |  |
|---|---|
|  | **LAW OFFICES OF EVAN R. MERMELSTEIN, LLC** |
|  | *s/ Evan R. Mermelstein* |
| 5665 Atlanta Highway, Suite 103-302 | Evan R. Mermelstein |
| Alpharetta, GA 30004 | Georgia Bar No. 502567 |
| Telephone: (678) 697-9578 | Attorney for Defendant |
| Evan@mermelsteinlaw.com |  |

Consent By:

*s/ Roosevelt Hamb, Jr.*
*(with expressed permission)*
Roosevelt Hamb, Jr.
Georgia Bar No.: 320190
Attorney for American Family
Insurance Company
1900 Polaris Parkway, Suite 200B
Columbus, OH 42340

{Firm/

- 6 -