**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **MICHELLE RALSTON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION FILE NO:** |
| **vs.** | § | |
| | § | **1:17-CV-611-RWS** |
| **LOUIS ALBERTO ZAVA,** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **Defendant.** | § | |
| | § | |

**DISMISSAL WITH PREJUDICE**

**COME NOW** Michelle Ralston, by and through her undersigned counsel, and Louis Alberto Zava, by and through his undersigned counsel, and, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and LR 41.2, stipulate to the dismissal of the above-styled action **with prejudice**.

This 18th day of December, 2017.

Mathew R. Hagen
State bar of Georgia #726952
Attorney for Plaintiff

HAGEN, ROSSKOPF, & EARLE, LLC
119 North McDonough Street
Decatur, Georgia 30030-3300
(404) 522-7533

**LAW OFFICES OF**
**EVAN R. MERMELSTEIN, LLC**

5665 Atlanta Highway, Suite 103-302
Alpharetta, GA 30004
Telephone : (678) 697-9578
evan@mermelsteinlaw.com
roman@mermelsteinlaw.com

Evan R. Mermelstein
Georgia Bar No. 502567
R. Roman Bourret
Georgia Bar No. 497676
Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **MICHELLE RALSTON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION FILE NO:** |
| **vs.** | § | |
| | § | **1:17-CV-611-RWS** |
| **LOUIS ALBERTO ZAVA,** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **Defendant.** | § | |
| | § | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this day, I electronically filed **DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

R. ROMAN BOURRET
**LAW OFFICES OF EVAN R. MERMELSTEIN, LLC**
5665 Atlanta Highway, Suite 103-302
Alpharetta, Georgia 30004

I FURTHER CERTIFY that the undersigned has mailed copies of the entire pleading referenced above to all counsel of record at the above addresses.

**CERTIFICATE OF COMPLIANCE**

Undersigned counsel certify the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1 (C).

This 18th day of December, 2017.

Mathew R. Hagen
State bar of Georgia #726952
Attorney for Plaintiff

HAGEN, ROSSKOPF, & EARLE, LLC
119 North McDonough Street
Decatur, Georgia 30030-3300
(404) 522-7533