# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MICHELLE RALSTON, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. |
| v. | : 1:17-CV-611-RWS |
| | : |
| LOUIS ALBERTO ZAVA, et al., | : |
| | : |
| Defendants. | : |

## ORDER

The parties have informed the Court that they have reached a settlement. The Clerk is DIRECTED to administratively close this case. The parties have the right to reopen the case within thirty days if settlement is not effectuated.

**SO ORDERED**, this 10th day of January, 2018.

_____

**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)